Anna White, as Administratrix, etc., of Joseph L. White, Deceased, Respondent, v. Charles Frusciante and Another, Copartners, etc., Defendants, Impleaded with Orc Realty Corporation, Appellant.— Judgment and order affirmed, with

costs. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.